UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA BURNETT,
 Plaintiff,

v.          Case No.: 3:25cv1470/ZCB

USAA GENERAL
INDEMNITY COMPANY,
 Defendant.
_____/

**<u>ORDER</u>**

Defendant has filed a request for a Rule 35 physical examination of Plaintiff set to take place on Monday, April 6, 2026, at 9:30 a.m. central time, at the office of Anchor Court Reporting, 229 S. Baylen St., Pensacola, FL 32502.  (Doc. 26).

"Rule 35 allows a court, for good cause, to order a party whose mental or physical condition is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner." *Brewer v. Norfolk S. Ry. Co.*, No. 4:21cv241, 2023 WL 1529382, at *1 (N.D. Ga. Feb. 3, 2023) (cleaned up).  To obtain a Rule 35 order, two elements must be met:  (1) "the physical state of the party must be in controversy"; and (2) "the moving party must show good cause as to why the motion should

1

be granted." *Comiter v. Sears, Roebuck & Co.*, No. 08-80576-CIV, 2008 WL 11333497, at *2 (S.D. Fla. Nov. 21, 2008).

Defendant's request states that Plaintiff's physical condition is in controversy and there is good cause for the exam. (Doc. 26 at 3). Plaintiff will be permitted to respond before the Court rules on Defendant's request.

Accordingly, it is **ORDERED** that Plaintiff may respond to Defendant's Rule 35 request (Doc. 26) **on or before March 25, 2026**. If Plaintiff has no opposition to Defendant's request, Plaintiff shall file a notice with the Court advising as much by the same deadline.

It is so **ORDERED**.  This 20th day of March 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge